```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


ANA LUISA SALINAS DE VALLE       )
et al., individually, and        )
acting in the interest of other  )
current and former employees,    )
                                 )   2:06-cv-2274-GEB-DAD
          Plaintiffs,            )
                                 )
     v.                          )   ORDER
                                 )
SIERRA CASCADE, INC., a California )
corporation, and DOES ONE through )
TWENTY, inclusive,               )
                                 )
          Defendants.            )
                                 )
```

Defendant moves to strike Plaintiffs' Reply Brief, correctly observing that it was filed two days late. Under Local Rule 78-230(d), Plaintiffs' Reply Brief was due Monday, December 4, 2006, but was only filed Wednesday, December 6, 2006. Nevertheless, the Reply Brief will not be stricken. However, Plaintiffs' failure to timely file their Reply Brief throws the prescribed briefing schedule out of whack, and could subject Defendant to undue pressure if the hearing date remains scheduled for Monday, December 11, 2006. Therefore, the hearing is vacated and will only be rescheduled should Defendant file

1 | a written request for a hearing within five court days of the date on
2 | which this Order is filed.
3 |     IT IS SO ORDERED.
4 | DATED: December 7, 2006

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge